**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JORDAN WIESMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  CIV-25-50-JD |
| | ) | |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S
RESPONSE AND OBJECTION TO PLAINTIFF'S
<u>MOTION TO EXTEND SCHEDULING ORDER DEADLINES</u>**

COMES NOW Defendant State Farm Fire and Casualty Company and files this
Response and Objection to Plaintiff's Motion to Extend Scheduling Order Deadlines (Dkt.
No. 51), and states as follows:

Although Plaintiff implies that State Farm has delayed or impeded discovery, the
record conclusively demonstrates that State Farm has diligently and proactively pursued
discovery related to Plaintiff's claim. State Farm promptly initiated third-party discovery
in December 2025, serving subpoenas on Blacksmith Roofing (Dec. 11, 2025), Precise
Roofing and Contracting, and Scoggins Roofing (Dec. 15, 2025). State Farm also served
its first written discovery requests to Plaintiff on December 17, 2025. Plaintiff delayed in
providing complete discovery responses, necessitating State Farm's Motion to Compel
filed February 11, 2026. Plaintiff did not serve the requested discovery until February 20,
2026—only after motion practice was initiated.

State Farm continued to move discovery forward by noticing Plaintiff's deposition on March 4, 2026, which ultimately proceeded on April 14, 2026. In contrast, State Farm offered dates for a deposition requested by Plaintiff's counsel, but Plaintiff never responded. State Farm also requested a property inspection on April 3, 2026; however, Plaintiff did not confirm the inspection until May 28, 2026, and the inspection is now set for June 12, 2026. Plaintiff acknowledges that this inspection is necessary for expert disclosures, yet any delay in completing that inspection is attributable to Plaintiff—not State Farm.

While State Farm does not oppose a reasonable, limited extension to accommodate discovery, including the upcoming inspection and expert work, Plaintiff's request for a 120-day extension is excessive and unsupported. A 60-day extension adequately addresses the current posture of the case and any remaining discovery needs.

Plaintiff's reliance on his Renewed Motion to Remand likewise fails to establish good cause. Dkt. No. 50. Plaintiff's Renewed Motion is based on the Supreme Court's recent decision in *Hain Celestial Grp., Inc. v. Palmquist*, 607 U.S. ___, 146 S. Ct. 724 (2026). Notably, *Hain Celestial* did not address the fraudulent joinder standard and does not provide a basis for reconsidering the Court's prior order denying remand. *Id.* at 730. *See also Skidmore v. Schinke*, No. 25-1436, 2026 WL 860093, at *3 (4th Cir. Mar. 30, 2026) (noting that the Fourth Circuit's fraudulent joinder standard remains good law even after *Hain Celestial*); *Waller v. State Farm*, No. 25-CV-00448-SH, 2026 WL 880234, at *6 (N.D. Okla. Mar. 30, 2026) (denying remand post-*Hain Celestial* in a case with materially similar allegations); *Robbins v. State Farm*, No. CIV-25-324-G, 2026 WL

2

878449, at *6 (W.D. Okla. Mar. 30, 2026) (same); *Schettler v. State Farm Fire & Cas. Co.*, CIV-25-845-JD (W.D. Okla. Apr. 6, 2026). Thus, Plaintiff offers no basis to revisit the Court's jurisdictional ruling, and the pending motion does not justify a lengthy delay of the scheduling deadlines.

WHEREFORE, premises considered, State Farm respectfully requests that Plaintiff's Motion be granted in part and denied in part, and that the Court extend deadlines by no more than 60 days.

/s/Carrie B. McNeer
Carrie B. McNeer, OBA No. 22235
Grant A. Fitz, OBA No. 19806
Nathan A. Miramontes, OBA No. 36212
GABLEGOTWALS
110 N. Elgin Ave., Suite 200
Tulsa, OK 74120-1490
(918) 595-4800
(918) 595-4990 (fax)
cmcneer@gablelaw.com
gfitz@gablelaw.com

-and-

Lance E. Leffel, OBA No. 19511
Ashlyn M. Smith, OBA No. 34025
GABLEGOTWALS
BOK Park Plaza
499 W. Sheridan Ave., Suite 2200
Oklahoma City, OK 73102
(405) 235-5500
(405) 235-2875 (fax)
lleffel@gablelaw.com
asmith@gablelaw.com

**Attorneys for Defendant**
**State Farm Fire and Casualty Company**

3

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 29, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Reggie N. Whitten
Michael Burrage
Blake Sonne
Hannah Whitten
John S. Sanders
Jake Denne
James E. Warner, III

*/s/Carrie B. McNeer*