**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JORDAN WIESMAN, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) Case No. 5:25-CV-00050-JD |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant , State Farm Fire and Casualty Company .
(Plaintiff/Defendant)          (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

| | |
|---|---|
| s/ Lisa T. Silvestri | 07/23/2026 |
| Signature | Date |

Lisa T. Silvestri
Print Name

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

GableGotwals
Firm

110 N. Elgin Avenue, Suite 200
Address

| Tulsa | OK | 74120 |
|---|---|---|
| City | State | Zip Code |

918-595-4800
Telephone

lsilvestri@gablelaw.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on July 23, 2026            , I electronically transmitted the attached

document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records

currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those

registered participants of the ECF System.

☐ I hereby certify that on                         , I filed the attached document with the

Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:

s/ Lisa T. Silvestri
s/ Attorney Name