West. Neil, et al. v. SFF&CC, et al.

Hosier, Gary, et al. v. SFF&CC, et al.

P&C Claims
June 24, 2021

# Fire Model Enhancement – Water & Wind/Hail

FOR INTERNAL STATE FARM USE ONLY. Contains information that may not be disclosed outside State Farm without authorization.

State Farm

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER



EXHIBIT
30

West. Neil, et al. v. SFF&CC, et al.

Hosier, Gary, et al. v. SFF&CC, et al.

## Water – Overview




FOR INTERNAL STATE FARM USE ONLY. Contains information that may not be disclosed outside State Farm without authorization.



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER 

## Water – Next Steps

**Lessons Learned**

- Coverage and Scope opportunities
- Timing of Management Reviews



**Additional Testing in Progress**

- SFPSP with HO-6 Claims
- Estimatics and Reconciliation strategies with Fire Proximity

**Future Updates/Deliverables**

- Florida Vendor Test
- Increase and Enhancements to Accelerated Management Reviews

FOR INTERNAL STATE FARM USE ONLY. Contains information that may not be disclosed outside State Farm without authorization.



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER 

West. Neil, et al. v. SFF&CC, et al.

Hosier, Gary, et al. v. SFF&CC, et al.

## Water – Measurements




**note, March and April 2021 figures approximate*

FOR INTERNAL STATE FARM USE ONLY. Contains information that may not be disclosed outside State Farm without authorization.



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER 

West. Neil, et al. v. SFF&CC, et al.

Hosier, Gary, et al. v. SFF&CC, et al.

## Wind/Hail – Initial Analysis & Prioritized Tactics

- Claim Handling Hygiene
- Small Hail (≤ 1") & Light Wind (≥ 50 mph)
- Early Team Manager Involvement

| PERIL | HYPOTHESIS | METRIC | BASELINE | INDUSTRY BEST |
|---|---|---|---|---|
| Wind | Unnecessary roof replacement on minor wind damages (50 mph or less) | % Full Roof Replacement (FRR) on Severity 3 Wind | 63% | 5-10% |
| Hail | Unnecessary roof replacement on light hail damages (1" hail or smaller) | % Full Roof Replacement (FRR) on Severity 3 Hail | 90% | 5-10% |

- **Data Set Analysis**: Texas, All Wind/Hail Losses (Cat and Non-Cat), 2017-2019
- **Baseline**: Analysis of 3-year data validated FRRs were paid at 63% frequency for Severity 3 Wind and 90% frequency for Severity 3 Hail
- **Industry Best**: Industry Best FRR on light wind and small hail averages a 5-10% frequency, therefore an internal quality improvement opportunity of 53-58% for light wind and 80-85% for small hail
- **Quality Play**: Establish parameters to engage Team Manager review when claim handler recommends full slope replacement or full roof replacement for claims with light wind (50 mph or less) or small hail (1" or smaller)

Wind/Hail Kick Off in Dallas County, TX June 26, 2020

Expansion to Texas December 7, 2020

Expansion to all States December 17, 2020

FOR INTERNAL STATE FARM USE ONLY. Contains information that may not be disclosed outside State Farm without authorization.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER HOSIERGAR0074406PROD.0004_Exh. 13

## Wind/Hail – Playbook

### Fundamentals

- Roof Skills Review
- HAAG Refresher
- Wind Loss Overview
- Wind Evaluation Sheet
- Art of the Conversation
- Fire Data Accuracy Dashboard

### Live Plays

- TM reviews on roof replacement recommendations (≤ 1", ≥ 50 mph, and Age & Condition)
- Enhanced emphasis on Claim Handling Hygiene
- Use of Structured Phrases to measure adoption
- Weekly Monitoring & Surveying
- Targeted Reinspections

### Calibration

- Age & Condition reviews in all states
- ITEL vendor solution for shingle identification / availability
- EagleView Connect Explorer
- Policy Endorsement

FOR INTERNAL STATE FARM USE ONLY. Contains information that may not be disclosed outside State Farm without authorization.

West. Neil, et al. v. SFF&CC, et al.

Hosier, Gary, et al. v. SFF&CC, et al.

## Wind/Hail – February 2021 vs June 2021

| AccuWeather Phrase Usage % | QFC + ISO Documented % | Scope Sheet Documented % | → | AccuWeather Phrase Usage % | QFC + ISO Documented % | Scope Sheet Documented % |
|---|---|---|---|---|---|---|
| 22.3% | 18.7% | 18.5% | → | 64.2% | 42.8% | 57.5% |

Full Roof Replace TM Review - Approval %

| Wind Only | Wind & Hail | Hail Only | → | Light Wind Only | Combined | Small Hail Only |
|---|---|---|---|---|---|---|
| 80.9% | 73.8% | 54.8% | → | 42.7% | 45.8% | 49.3% |
| 4.3% Request Review % | 4.1% Request Review % | 3.6% Request Review % | | 3.0% Request Review % | 3.5% Request Review % | 4.1% Request Review % |

FOR INTERNAL STATE FARM USE ONLY. Contains information that may not be disclosed outside State Farm without authorization.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

HOSIERGAR0074406PROD.0006_Exh. 13

West. Neil, et al. v. SFF&CC, et al.

Hosier, Gary, et al. v. SFF&CC, et al.

## Wind/Hail Total Roof to Partial Roof Replacement Ratio




FOR INTERNAL STATE FARM USE ONLY. Contains information that may not be disclosed outside State Farm without authorization.

West. Neil, et al. v. SFF&CC, et al.

Hosier, Gary, et al. v. SFF&CC, et al.

## Wind/Hail – Continuous Improvement

- **Wind/hail** peril NPI increased +$1.49B (+45.3%) YOY yet decreased -$74.0M (-1.5%) in the past three months. Jurisdictions with YOY increases greater than +$90M were Louisiana, Iowa, Alabama, Texas, and Georgia; Colorado experienced the largest decrease (-$110.9M). Pending counts decreased YOY (-16,108) yet increased in the past three months (+6,212).

*Our quality focus and claim handling are guided by and in support of ***Our Commitment to Our Policyholders***

### Total Homeowners Wind/Hail Peril (including Catastrophe) Trends by Jurisdiction

| Data as of May 2021 | % Net Paid Indemnity (sorted) | Net Paid Indemnity (Millions) | Net Paid Indemnity | | | Incurred Pure Premium | | Incurred Frequency | | Paid Severity | | Pending Counts | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | YOY Δ (Millions) | YOY Δ Percent | Vs. P5YR Avg* | YOY Δ Percent | Vs. P5YR Avg* | YOY Δ Percent | Vs. P5YR Avg* | YOY Δ Percent | Vs. P5YR Avg* | YOY Δ Percent | Vs. P5YR Avg* |
| Louisiana | 18.4% | $1,115.8 | +$979.3 | +717.8% | +1,139.8% | +593.9% | +1,128.6% | +237.4% | +414.8% | +105.7% | +138.6% | -18.8% | +135.3% |
| Texas | 9.6% | $581.3 | +$87.4 | +17.7% | -7.2% | -1.7% | -11.5% | +17.7% | -19.1% | -16.5% | +9.4% | -25.8% | +11.9% |
| Illinois | 8.7% | $530.1 | -$46.2 | -8.0% | +10.2% | -22.1% | -4.3% | -14.2% | -6.2% | -9.2% | +2.0% | -68.7% | -44.7% |
| Iowa | 6.3% | $380.0 | +$290.9 | +326.6% | +457.7% | +291.1% | +434.4% | +312.8% | +446.5% | -5.2% | -2.2% | -52.0% | -12.9% |
| Minnesota | 4.7% | $287.7 | +$28.5 | +11.0% | +27.7% | +10.7% | +27.3% | +4.0% | +10.8% | +6.4% | +14.9% | +70.4% | +84.6% |
| Georgia | 4.7% | $286.0 | +$96.6 | +61.0% | +24.5% | +38.2% | +18.8% | +21.8% | -10.2% | +13.5% | +32.2% | -17.1% | +60.2% |
| Alabama | 3.5% | $214.4 | +$131.1 | +157.4% | +131.2% | +128.3% | +118.4% | +110.1% | +106.8% | +8.7% | +5.6% | +18.4% | +192.2% |
| Ohio | 3.1% | $188.7 | -$12.9 | -6.4% | +62.1% | -11.9% | +47.6% | -16.6% | +12.7% | +5.7% | +31.0% | -49.9% | -19.4% |
| Oklahoma | 3.0% | $182.3 | +$6.7 | +3.8% | +36.0% | -11.7% | +19.6% | -10.8% | +14.2% | -1.0% | +4.8% | -60.0% | -13.6% |
| Missouri | 3.0% | $179.8 | -$12.4 | -6.5% | +12.0% | -27.3% | -8.2% | -39.0% | -28.0% | +19.3% | +27.5% | -82.2% | -69.3% |
| Colorado | 2.7% | $165.5 | -$114.4 | -40.9% | -40.3% | -44.0% | -44.6% | -52.9% | -65.4% | +18.8% | +60.2% | -16.6% | -57.6% |
| Tennessee | 2.6% | $160.4 | -$24.3 | -13.2% | +64.4% | -32.2% | +34.5% | -48.2% | -18.4% | +30.8% | +64.8% | -61.3% | -11.6% |
| Florida | 2.6% | $155.5 | +$16.0 | +11.5% | +8.4% | -3.1% | -7.7% | +16.5% | -33.2% | -16.8% | +38.1% | +13.9% | +122.6% |

FOR INTERNAL STATE FARM USE ONLY. Contains information that may not be disclosed outside State Farm without authorization.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER 

## Wind/Hail – Law of Recency

| PERIL | HYPOTHESIS | METRIC | BASELINE | INDUSTRY BEST |
|---|---|---|---|---|
| Wind | Unnecessary roof replacement on minor wind damages (50 mph or less) | % Full Roof Replacement (FRR) on Severity 3 Wind | 63% | 5-10% |
| Hail | Unnecessary roof replacement on light hail damages (1" hail or smaller) | % Full Roof Replacement (FRR) on Severity 3 Hail | 90% | 5-10% |

- **Data Set Analysis**: Texas, All Wind/Hail Losses (Cat and Non-Cat), 2017-2019
- **Baseline**: Analysis of 3-year data validated FRRs were paid at 63% frequency for Severity 3 Wind and 90% frequency for Severity 3 Hail
- **Industry Best**: Industry Best FRR on light wind and small hail averages a 5-10% frequency, therefore an internal quality improvement opportunity of 53-58% for light wind and 80-85% for small hail
- **Quality Play**: Establish parameters to engage Team Manager review when claim handler recommends full slope replacement or full roof replacement for claims with light wind (50 mph or less) or small hail (1" or smaller)

FOR INTERNAL STATE FARM USE ONLY. Contains information that may not be disclosed outside State Farm without authorization.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

# Questions?

FOR INTERNAL STATE FARM USE ONLY. Contains information that may not be disclosed outside State Farm without authorization.



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER